**Elbert HICKS, Plaintiff—Appellant,**

v.

**James ROCHE, Secretary, Department of the Air Force, Defendant— Appellee.**

**No. 03–1786.**

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 15, 2003.

Decided Nov. 10, 2003.

Elbert Hicks, pro se.

Kent Pendleton Porter, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

PER CURIAM.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

Elbert Hicks appeals the district court's order granting Defendant's motion to dismiss his Title VII and age discrimination action as untimely. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hicks v. Roche,* No. CA–02–923–2 (E.D. Va. filed May 23, 2003 & entered May 27, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*